**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| JAMAAL LAMONT MILLER | CIVIL ACTION NO. 16-0619 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| BAYOU DORCHEAT CORRECTIONS | MAG. JUDGE KAREN L. HAYES |

**CONSOLIDATED WITH**

| | |
|---|---|
| JAMAAL LAMONT MILLER | CIVIL ACTION NO. 16-0736 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| BAYOU DORCHEAT CORRECTIONAL CENTER, ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, and DECREED** that the Motion for Summary Judgment [Record Document 32] filed by defendants, Warden John Lewis and Deputy Martin, is **GRANTED**, and that plaintiff's claims against defendants, Warden John Lewis and Deputy Martin are hereby **DISMISSED WITH PREJUDICE**. Fed. R. Civ. P. 56.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 18th day of September, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE